UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
VICTORIJA PORINA, as personal representative :
of ARNIS PORNIS, deceased; et al., :
                            Plaintiffs, :         05 Civ. 5621 (RPP)
                                          :
                                          :         **ORDER**
                                          :
MARWARD SHIPPING CO., LTD., :
                                          :
                           Defendant. :
------------------------------------------------------------X

**ROBERT P. PATTERSON, JR., U.S.D.J.**

      The Court has reviewed the letters of Plaintiffs' counsel, dated October 13, 2006 and October 24, 2006, setting forth the results of additional jurisdictional discovery as authorized by this Court's Opinion and Order of August 24, 2006. Review of those documents reveals no evidence that the owner of the vessel, Defendant Marward Shipping Co., Ltd ("Marward"), " 'purpose[fully] avail[ed] itself of the benefits of conducting activities' within this forum." Mutualidad Seguros del Instituto Nacional de Industria v. M.V. Luber, 1998 U.S. Dist. LEXIS 23165 at *6 (quoting Hanson v. Denckla, 357 U.S. 235, 253 (1958)).

      Marward acquired the vessel M/V Vladimir, subject to an existing charter, for ocean transport between St. Petersburg, Russia, and United States East Coast ports. The alleged collision with a fishing vessel occurred in the Baltic Sea during that charter. Plaintiffs were not citizens of the United States. Since Plaintiffs have not shown adequate grounds for the Court to change its decision of August 24, 2006, the motion to dismiss is granted.

IT IS SO ORDERED.

Dated: New York, New York
       November 7, 2006

                                            Robert P. Patterson, Jr.
                                            U.S.D.J.

Copies of this Order sent to:

*Counsel for Plaintiffs:*

Kreindler & Kreindler, LLP
100 Park Avenue
New York, NY 10017
By:   Paul S. Edelman, Esq.
Tel:   212-687-8181
Fax:  212-972-9432

*Counsel for Defendant:*

Blank Rome LLP
405 Lexington Avenue
New York, NY 10174-0208
By:   John D. Kimball, Esq.
Tel:   212-885-5259
Fax:  917-332-3730